**Joint Status Report Pursuant to Rule 26(f)**

Caption: Siderio v. City of Philadelphia  Civil Action No:  15-1313

Basis of Jurisdiction: Federal question - section 1983

Jury Trial: Yes  Non-Jury Trial: _____  Arbitration:_____

Plaintiff's counsel participating in the Rule 16 Conference: Conor Corcoran, Esq.
Defendants counsel participating in the Rule 16 Conference: Mark Maguire, Esq.
Do counsel have full authority to settle at Rule 16 Conference? Yes

      If not, client with such authority who will attend conference:

When did the parties hold the Rule 26 Conference? 10/23/15
When did the parties comply with the Rule 26(a)'s duty of self-executing disclosure? TBD
Does either side expect to file a case-dispositive motion? Yes (yes/no)

      If yes, under what Rule   Rule 56; issue tbd.
      If yes, specify the issue
      Proposed deadline for filing dispositive motions: 6/3/16
      Does either side anticipate the use of experts? No.

      If yes, what is the proposed deadline for expert discovery?
Approximate date case should be trial-ready:
      Time for Plaintiff's case: 2 days   Time for Defendant's case: 2 days
Is a settlement conference likely to be helpful? Yes   If so, when:
      Early No (yes/no)   After Discovery Yes (yes/no)
What is the outcome of your discussions with your clients about proceeding before a Magistrate
Judge for final disposition?

Parties agree to settlement conference in front of magistrate after discovery closes.

Plan for Discovery:

1. The parties anticipate that discovery should be completed within by 5/2/16.

2. What is the minimum amount of time necessary to complete discovery prior to an ADR session, should one be ordered or agreed to? By 5/2/16.

3. Have the parties discussed issues relating to claims of privilege or of protection as trial-preparation material, as required by Rule 26(f)(3)(D)? Yes.

4. Identify any other discovery issues which should be addressed at the Rule 16 Conference, including limitations on discovery, protective Orders needed, or other elements which should be included in a particularized discovery plan. None at this time.

5. If you contend the discovery period to exceed 90 days, please state reason:

Plaintiff's counsel may file an amended complaint, and is currently in Los Angeles. There may be additional defendants added, and multiple depositions to schedule, which given counsel's presence in LA, may require more time. Should the parties wrap up discovery early, they will certainly notify the court of the same.